UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No.: ED16-0046M |
| ) | |
| Plaintiff,  ) | ORDER OF DETENTION PENDING |
| v.  ) | FURTHER REVOCATION |
| ) | PROCEEDINGS |
| ) | (FED.R. CRIM. P.32.1(a)(6); 18 |
| MIGUEL AGULIAR-SOLIS,  ) | U.S.C. § 3143(a) (1)) |
| Defendant.  ) | |
| _____  ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  WESTERN  District of  TEXAS  for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(x) information in the Pretrial Services Report and Recommendation

(x) information in the violation petition and report(s)

(x) the defendant's nonobjection to detention at this time

( ) other: _____

and/or

B. (x)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

(x)  information in the Pretrial Services Report and Recommendation

(x)  information in the violation petition and report(s)

(x) the defendant's nonobjection to detention at this time

( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED:  February 11, 2016

KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE